IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| *IN RE:* INTERCONTINENTAL TERMINALS COMPANY LLC DEER PARK FIRE LITIGATION | § § § § § | Lead Case No. 4:19-cv-01460<br><br>MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND |
| This Document Relates to:<br><br>MARK HUBERT<br><br>Plaintiffs,<br><br>v.<br><br>Intercontinental Terminals Company, LLC, NSK Ltd., NSK Corporation,<br><br>Defendants. | § § § § § § § § § § § § § | Civil Action No.: _____ |

**PERSONAL INJURY PLAINTIFFS' MASTER
<u>SHORT FORM COMPLAINT AND JURY TRIAL DEMAND</u>**

Plaintiffs incorporate by reference the First Amended Master Long Form Complaint and Jury Trial Demand filed in *In re: Intercontinental Terminals Company, LLC Deer Park Fire Litigation*, on March 12, 2021. Pursuant to the Court's January 15, 2021 Order, Doc. 550, this Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the First Amended Master Long Form Complaint.

Plaintiffs further allege as follows:

**I.    DEFENDANTS.**

Plaintiffs name the following Defendants in this action:

    __X__                 Intercontinental Terminals Company, LLC

    __X__                 NSK Ltd.

  __X___      NSK Corporation

**II. PLAINTIFFS.**

 Name of Plaintiffs:

1. Plaintiff Mark Hubert is an individual residing in Houston, Harris County, Texas, a citizen of Texas.

**III. INJURIES.**

 Plaintiff alleges the following injuries as a result of the March 17, 2019 fire and subsequent reignitions of the fire at ITC's Deer Park Facility:

 Injury to his body, including, but not limited to, respiratory problems, trouble breathing, shortness of breath, mental anguish, anxiousness, nose bleeds, nose runs, diarrhea,

**IV. CAUSES OF ACTION.**

 Plaintiffs adopt in this Short Form Complaint the following claims asserted in the Mater Long Form Complaint and Jury Trial Demand, and the allegations with regard thereto as set forth in the Master Long Form Complaint and Jury Trial Demand:

 __X___  **Count I** - Negligence and Gross Negligence (ITC)

 __X___  **Count II.A** - Products Liability - Manufacturing Defect (NSK Defendants)

 __X___  **Count II.B** - Products Liability - Design Defect (NSK Defendants)

**WHEREFORE,** Plaintiffs pray for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Amended Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiffs may be entitled.

Dated: July 6, 2022

-3-

Respectfully submitted,

Houssiere, Durant & Houssiere, LLP

By: */s/ Charles R. Houssiere, III*
      Charles R. Houssiere, III
      Attorney in Charge
      State Bar No. 10050700
      choussiere@HDHtex.com
      1990 Post Oak Blvd., Suite 800
      Houston, Texas 77056
      Telephone: (713)626-3700
      Facsimile: (713)626-3709

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on July 6, 2022, a copy of this document has been served on all counsel of record in the above-captioned cases by electronic mail.

*/s/ Charles R. Houssiere, III*